NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-550

LEWIS FRAZIER, JR.

VERSUS

ZAPATA PROTEIN USA, INC., ET AL.

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-14309
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and Elizabeth A. Pickett, Judges.

AFFIRMED.

Lionel H. Sutton, III
Law Offices of L.H. Sutton, III
610 Baronne St.
New Orleans, LA 70113
(504) 586-8899
Counsel for Plaintiff/Appellee
          Lewis Frazier, Jr.

**Sean D. Alfortish**
**Law Offices of L.H. Sutton, III**
**610 Baronne St.**
**New Orleans, LA 70113**
**(504) 586-8899**
**Counsel for Plaintiff/Appellee**
          **Lewis Frazier, Jr.**

**Alan K. Breaud**
**Breaud & Lemoine**
**P. O. Drawer 3448**
**Lafayette, LA 70502**
**(337) 266-2200**
**Counsel for Defendant/Appellee**
          **Zapata Protein USA, Inc.**

**John R. Shea**
**John Shea & Associates**
**812 Johnston Street**
**Lafayette, LA 70501**
**(337) 981-7432**
**Counsel for Intervenor/Appellee**
          **John Robert Shea**

**Frank J. D'Amico, Jr.**
**622 Baronne St., 2nd Floor**
**New Orleans, LA 70113**
**(504) 525-9561**
**Counsel for Intervenor/Appellee**
          **Frank J. D'Amico  Jr.**

**Kristina B. Webb**
**Shapiro & Shapiro**
**8220 Goodwood Blvd., Ste. B**
**Baton Rouge, LA 70806**
**(225) 928-4193**
**Counsel for Intervenor/Appellee**
          **Advocate Financial, L.L.C.**

**Ashley Spencer Gulden**
**234 Loyola Ave., Suite 924**
**New Orleans, LA 70112**
**(504) 561-0181**
**Counsel for Intervenor/Appellee**
          **Ashley Spencer Gulden**

**Thomas M. Daigle**
**711 Johnston St.**
**Lafayette, LA 70501**
**(337) 234-4049**
**Counsel for Intervenor/Appellant**
**Thomas M. Daigle**